PHILLIP A TALBERT
United States Attorney
JOSHUA VANN
Special Assistant U.S. Attorney
Death Valley National Park
P.O. Box 579
Death Valley, CA 92328
Phone: (760) 786-3200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:17-po-0067-JLT |
| Plaintiff, | |
| v. | **PLEA AGREEMENT** |
| KIRK A. ALEXANDER, | |
| Defendant. | |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the United States Attorney for the Eastern District of California, and Special Assistant United States Attorney Joshua Vann, and Defendant Kirk A. Alexander and his attorney Andrew Wong, have agreed as follows:

Defendant, Kirk A. Alexander, will plead guilty to citation 6459654, dated November 23, 2016, and be sentenced to 24 months of unsupervised probation, pay a fine of $1,650.00, complete Florida's Level II DUI course, and serve 10 days in custody, *suspended for the period of probation*. With this agreement, the Government agrees to dismiss citation 6459653, waive any mandatory appearance, and consider this matter settled.

**I. Agreements by the Defendant.**

A. The Defendant agrees that this Plea Agreement shall be filed with the Court and

become a part of the record of the case.

B. The Defendant agrees to enter a plea of guilty to citation 6459654, dated November 23, 2016.

C. The Defendant acknowledges that his plea of guilty is voluntary and that no force, threats, promises, or representations have been made to anybody, nor agreement reached, other than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.

D. Defendant agrees to pay a fine of $1,650.00, complete Florida's Level-II DUI course, serve 10 days in custody, *suspended for the period of probation*, and serve twenty-four (24) months of unsupervised probation. Conditions of unsupervised probation are to include: paying any fine ordered by the court and the mandatory condition to obey all laws. The term "obey all laws" as used herein means all federal, state and local laws. An offense that can be charged only as an infraction will not be considered a "violation of the law" within the meaning of this agreement.

E. Should the Defendant not be a citizen of the United States, the Defendant hereby acknowledges that adverse immigration consequences, including but not limited to removal from the United States, exclusion from admission into the United States, and/or denial of naturalization in the United States, may result from his plea.

F. The Defendant acknowledges that this agreement has no bearing on any potential administrative action that the Defendant's employer seeks to pursue.

**II. Agreements by the Government.**

A. With respect to citation 6459654, dated November 23, 2016, the Government agrees to recommend the sentence set forth above.

B. The Government agrees to dismiss citation 6459653, in the interest of justice.

C. The Government agrees to waive any mandatory appearance requirement for the Defendant upon execution of this agreement.

**III. Nature, Elements, and Possible Defenses.**

The Defendant has read the charges against him contained citations 6459654 and 6459653 and those charges have been fully explained to him by his attorney. Further, the Defendant fully

2

understands the nature and elements of the crime in the citation to which he is pleading guilty, together with the possible defenses thereto, and has discussed them with his attorney.

### IV. Factual Basis.

The Defendant concedes that he will plead, and is pleading, guilty to the crimes set forth in citation 6459654, because he is, in fact, guilty of that offense. The Defendant also agrees that the following are the true and correct facts of this case: on November 23, 2016, at or near Death Valley National Park, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, the Defendant, Kirk A. Alexander, operated a motor vehicle under the influence with a blood alcohol content over .08.

### V. Waiver of Rights.

The Defendant understands that by pleading guilty he surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial by a judge.

B. The jury would find the facts and determine, after hearing all the evidence, whether or not the jury was persuaded of the Defendant's guilt beyond a reasonable doubt.

C. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and his attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on his own behalf. If the witnesses for the Defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court. At trial, the Defendant would also have the right to assistance of legal counsel. If he could not afford legal counsel, an attorney would be appointed for him by the Court at no expense to him.

D. At a trial, the Defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The Defendant understands that by pleading guilty he is waiving all of the rights set forth above, and

acknowledges that his attorney has explained to him those rights and the consequences of his waiver of those rights.

**VI. Entire Agreement.**

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: August 31, 2017

/s/ Joshua Vann
JOSHUA VANN
Special Assistant U.S. Attorney

DATED: August 31, 2017

/s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Counsel for Defendant

DATED: 8·17·17

Kirk A. Alexander
Defendant

**ORDER**

The Court accepts the plea agreement, finds a sufficient factual basis for the plea, and finds Defendant, Kirk A. Alexander, guilty of violating 36 Code of Federal Regulation § 4.23(a)(2). The Court sentences Mr. Alexander to pay a $1,650.00 fine, complete Florida's Level-II DUI course, serve 10 days in custody, *suspended for the period of probation*, and serve 24 months of unsupervised probation. Citation 6459653 is hereby dismissed, in the interest of justice. No further appearances are required. IT IS SO ORDERED.

DATED:   9/1/17

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge