1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  HOPE ALLEY, CA SBN 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KIRK A. ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-po-00067-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; [PROPOSED] ORDER** |
| vs. | |
| KIRK A. ALEXANDER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary Leuis, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Kirk A. Alexander, that the Court continue the December 4, 2018 hearing to August 19, 2019.

Mr. Kirkland was sentenced to 24 months of unsupervised probation and ordered to complete the Florida Level 2 DUI course and pay a $1650 fine. The court set an interim review hearing to verify that Mr. Kirkland has not violated any terms of his probation. At this point, Mr. Kirkland is in compliance with the terms of his probation; thus, the parties request the December 4, 2018 review hearing be continued to August 19, 2019.

///

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: December 3, 2018 | | */s/ Michael Tierney*<br>GARY LEUIS<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 3, 2018 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>KIRK A. ALEXANDER |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the December 4, 2018 hearing for Kirk A. Alexander, Case No. 5:17-po-00067-JLT, is continued to **June 4, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 3, 2018**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

Alexander: Stipulation to Continue

2